No. 656. LICATA *v.* UNITED STATES. C. A. 9th Cir. Upon consideration of suggestion of mootness and examination of entire record, petition for writ of certiorari granted, judgment vacated, and case remanded to the United States District Court for the Central District of California with directions to dismiss case as moot. MR. JUSTICE BLACK is of the opinion that certiorari should be granted and case set for oral argument.

No. 485. HAWTHORNE *v.* ILLINOIS, *ante,* p. 878. Application to stay effectiveness of order denying certiorari denied.